Civil Action No.  1:19-cv-02467-WMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Joshua A. Hale

was received by me on *(date)*   05/31/2019   .

☑ I personally served the summons on the individual at *(place)*   2539 J.O. Stephenson Ave NW,
Kennesaw, GA 30144   on *(date)*   6/3/2019   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   June 5, 2019

_____
Server's signature

Kelvin Stingard, Process Server
Printed name and title

2950 South Cobb Dr. Smyrna CA 30080
Server's address

Additional information regarding attempted service, etc:

Scanned with CamScanner