Civil Action No. 1:19-cv-02467-WMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Horton
was received by me on *(date)* 05/31/2019 .

☑ I personally served the summons on the individual at *(place)* 2539 J.O. Stephenson Ave NW, Kennesaw, GA 30144 on *(date)* 5/31/2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 5, 2019

*Server's signature*

Kelvin Stingard, Process Server
*Printed name and title*

2950 South Cobb Dr, Smyrna GA 30080
*Server's address*

Additional information regarding attempted service, etc:

Scanned with CamScanner