IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW SOLON,                    )
                                  )
            Plaintiff,            )
                                  )
v.                                )          CIVIL ACTION FILE NO.
                                  )          1:19-cv-02467-WMR
JOSHUA A. HALE, MICHAEL           )
O'BRIEN & MICHAEL HORTON,         )
individually,                     )
                                  )
            Defendants.           )

**CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Come now plaintiff Matthew Solon and defendants Joshua A. Hale,

Michael O'Brien and Michael Horton, by and through their undersigned counsel

of record, and, pursuant to Fed. R. Civ. P. 6(b), respectfully request the Court

extend the time for defendants to serve their response to plaintiff's complaint

through and including July 8, 2019.  The parties submit that this extension is

submitted in good faith and will not cause any undue delay or prejudice to the

parties.  The parties further state that no prior extensions of time have been

requested.

A proposed order is submitted herewith for the Court's consideration.

This 14th day of June, 2019.

/s/ William J. Atkins
William J. Atkins (with express
permission by Harvey S. Gray)
Georgia Bar No. 027060
Edmond, Lindsay & Hoffler, LLP
344 Woodward Avenue, SE
Atlanta, GA  30312
44-525-1090
batkins@edmondfirm.com


/s/ Zack Greenamyre
Zack Greenamyre (with express
permission by Harvey S. Gray)
Georgia Bar No. 293002
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, GA  30305
404-812-4747
404-812-4751
zack@mitchellshapiro.com
*Attorneys for Plaintiff*

/s/  Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
Dianna J. Lee
Georgia Bar No. 163391
GRAY, RUST, ST. AMAND, MOFFETT &
BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia  30326
(404) 870-7376 (Gray)
(404) 870-5955 (Lee)
(404) 870-7374 (Fax)
hgray@grsmb.com
dlee@grsmb.com
*Attorneys for Defendants Joshua A. Hale,
Michael O'Brien and Michael Horton*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this date electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this action.

This 14th day of June, 2019.

/s/Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
Dianna J. Lee
Georgia Bar No. 163391
*Attorneys Defendants Joshua A. Hale,*
*Michael O'Brien and Michael Horton*

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia  30326
(404) 870-7376 (Gray)
(404) 870-5955 (Lee)
(404) 870-7374 (Fax)
hgray@grsmb.com
dlee@grsmb.com