IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW SOLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:19-cv-02467-WMR |
| JOSHUA A. HALE, MICHAEL | ) | |
| O'BRIEN & MICHAEL HORTON, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF DIANNA J. LEE

COMES NOW Dianna J. Lee of the law firm of Gray, Rust, St. Amand, Moffett & Brieske, L.L.P. and, pursuant to L.R. 83.1D(1), hereby makes an entry of appearance as additional counsel for defendants Joshua A. Hale, Michael O'Brien and Michael Horton in the above-styled case.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 13-Point Book Antiqua.

This 13th day of June, 2019.

/s/ Dianna J. Lee
Harvey S. Gray
Georgia Bar No. 305838
Dianna J. Lee

                Georgia Bar No. 163391
                *Attorneys for Defendants*

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower
Atlanta, Georgia  30326
(404) 870-7376 (Gray)
(404) 870-5955 (Lee)
(404) 870-7374 (Fax)
hgray@grsmb.com
dlee@grsmb.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing **NOTICE OF APPEARANCE OF DIANNA J. LEE** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this action.

This 14th day of June, 2019.

/s/ Dianna J. Lee
Harvey S. Gray
Georgia Bar No. 305838
Dianna J. Lee
Georgia Bar No. 163391
*Attorneys Defendants*

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Lee)
(404) 870-7374 (Fax)
hgray@grsmb.com
dlee@grsmb.com