IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW SOLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:19-cv-02467-WMR |
| JOSHUA A. HALE, MICHAEL | ) | |
| O'BRIEN & MICHAEL HORTON, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

It appearing to the Court that the parties consent hereto, and for good cause shown, it is hereby ordered that the time for defendants to respond to plaintiff's complaint is hereby extended through and including July 8, 2019.

SO ORDERED this 17th day of June, 2019.

*/s/ William M. Ray II*

_____
WILLIAM M. RAY, II, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Consented to:

/s/ William J. Atkins
William J. Atkins (with express permission by Harvey S. Gray)
Georgia Bar No. 027060
Edmond, Lindsay & Hoffler, LLP
344 Woodward Avenue, SE
Atlanta, GA 30312
44-525-1090
batkins@edmondfirm.com


/s/ Zack Greenamyre
Zack Greenamyre (with express permission by Harvey S. Gray)
Georgia Bar No. 293002
Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
404-812-4747
404-812-4751
zack@mitchellshapiro.com
*Attorneys for Plaintiff*

/s/ Harvey S. Gray
Harvey S. Gray
Georgia Bar No. 305838
Dianna J. Lee
Georgia Bar No. 163391
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
(404) 870-7376 (Gray)
(404) 870-5955 (Lee)
(404) 870-7374 (Fax)
hgray@grsmb.com
dlee@grsmb.com
*Attorneys for Defendants Joshua A. Hale, Michael O'Brien and Michael Horton*