IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW SOLON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:19-cv-02467-JPB |
| JOSHUA A. HALE, MICHAEL O'BRIEN & MICHAEL HORTON, individually, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies this Court that the parties have agreed to settle the above-captioned matter. Upon final consummation of the settlement, the parties will file a stipulation of dismissal with prejudice. As a result, Plaintiff requests that Defendants' pending motion for summary judgment (Doc. 51) not be ruled upon because it will be moot once the settlement is consummated.

Counsel for Defendants provided approval, via email, for this filing.

Respectfully submitted, this 15th day of October, 2020.

/s/ Zack Greenamyre
Zack Greenamyre
Georgia Bar No. 293002
**MITCHELL & SHAPIRO LLP**
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
404-812-4751
zack@mitchellshapiro.com
*Attorney for Plaintiff*

/s/ William J. Atkins
William J. Atkins
Georgia Bar No. 027060
**EDMOND, LINDSAY & HOFFLER, LLP**
344 Woodward Avenue, SE
Atlanta, GA 30312
404-525-1090
batkins@edmondfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing **NOTICE OF SETTLEMENT** by filing the same with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record.

This 15th day of October, 2020.

/s/ Zack Greenamyre
Zack Greenamyre
Georgia Bar No. 293002