UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW SOLON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA A. HALE, MICHAEL O'BRIEN, MICHAEL HORTON, *individually,*<br><br>    Defendants. | CIVIL ACTION NO.<br>1:19-CV-2467-JPB |

# ORDER

On October 15, 2020, the plaintiff in this matter notified the Court that the parties have reached a settlement and that they intend to file a dismissal in the near future.

For docket management purposes, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents.  If settlement negotiations fail, the parties need only file a motion to reopen the case within the time period covered by this Order.

The parties are **ORDERED** to file the appropriate documents to dispose of the case within sixty days.  Absent an extension or further order of the Court

if no request to reopen the case is made within the sixty days, the Court may dismiss the case with prejudice.

  **SO ORDERED** this 15th day of October, 2020.

              _____
              **J. P. BOULEE**
              United States District Judge