# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW SOLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:19-cv-02467-JPB |
| JOSHUA A. HALE, MICHAEL ) | |
| O'BRIEN & MICHAEL HORTON, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Matthew Solon, by and through his undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action and all claims asserted against all defendants herein, with prejudice, with each party to pay their own fees and costs.

This 9th day of December, 2020.

| | |
|---|---|
| /s/ Zack Greenamyre | /s/ William J. Atkins |
| Zack Greenamyre | William J. Atkins |
| Georgia Bar No. 293002 | Georgia Bar No. 027060 |
| **MITCHELL & SHAPIRO LLP** | **EDMOND, LINDSAY & HOFFLER, LLP** |
| 3490 Piedmont Road, Suite 650 | 344 Woodward Avenue, SE |
| Atlanta, GA 30305 | Atlanta, GA 30312 |
| 404-812-4751 | 404-525-1090 |
| zack@mitchellshapiro.com | batkins@edmondfirm.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

Consented to:

/s/ Harvey S. Gray

Harvey S. Gray
Georgia Bar No. 305838
Alex Joseph
Georgia Bar No. 590921
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
Suite 1700 - Salesforce Tower
950 East Paces Ferry Road, NE
Atlanta, GA  30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send a service copy via electronic notification upon all counsel of record.

This 9th day of December, 2020.

/s/ Zack Greenamyre
Zack Greenamyre
Georgia Bar No. 293002